IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00515-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MATTHEW JONATHAN GOMEZ

      Defendant.

## ORDER VACATING COMPLIANCE REVIEW HEARING

      THIS MATTER is before the Court on the report of the probation officer concerning the defendant's adjustment to supervision since October 17, 2008, and the defendant now being in full compliance of his supervision. Accordingly, it is

      ORDERED that no Compliance Review Hearing is necessary and that any summons issued pursuant to the order [#35] is quashed.

      DATED at Denver, Colorado, December 2, 2008.

      BY THE COURT:

      s/ Robert E. Blackburn
      ROBERT E. BLACKBURN
      United States District Judge