IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00515-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW JONATHAN GOMEZ,

    Defendant.

## MINUTE ORDER[1]

On **September 24, 2010**, commencing at 8:30 a.m., the court shall conduct revocation of supervised release hearing. That, to the extent necessary, the United States Marshal for the District of Colorado, shall assist the court in securing the defendant's appearance for this hearing.

Dated: July 14, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.