IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date: September 24, 2010

Courtroom Deputy: Nel Steffens
Court Reporter: Gwen Daniel
Probation Officer: Travis Cormaney

**Criminal Action No. 03-cr-00515-REB**

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA, James Hearty

    Plaintiff,

v.

1. MATTHEW JONATHAN GOMEZ, Scott Varholak

    Defendant.

## COURTROOM MINUTES

**Hearing on Supervised Release Violation**

**8:32 a.m.     Court in session.**

Defendant is present in custody.

Appearances of counsel.

Opening statements by the court.

The defendant admits to violations 1, 2, 3, 4, 5, and 6 alleged in the Petition on Supervised Release [#45] and violation 7 in the Supplemental Petition on Supervised Release [#46].

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of disposition, and comments on the probation officer's determinations and other matters affecting disposition.

Statement by the defendant.

Mr. Hearty declines the opportunity to make a statement.

The Court enters findings of fact, conclusions of law, and orders.

>    **IT IS ORDERED** as follows:

1. That the Petition [#45] filed September 10, 2009, and the Supplemental Petition, [#46] filed September 14, 2009, are sustained, and the relief requested therein is granted, but consistent with the Court's foregoing findings and conclusions and the following orders;

2. That the defendant's **Motion for Variant Sentence** [#67] filed September 20, 2010, is **GRANTED**, but consistent with the foregoing findings and conclusions and the following orders;

3. That the parties' recommendation for disposition is approved by the Court;

4. That the defendant's term of supervised release is terminated, effective forthwith, and the defendant is resentenced to the Bureau of Prisons for a term of twelve months plus one day, to be served consecutively, consistent with the parties' recommendation, to any sentence previously imposed, whether in State or Federal court, including, but not limited to, the sentence to incarceration in the Colorado Department of Corrections imposed by the District Court of El Paso County, Colorado, in Case 2009CR4105 on or about March 24, 2010;

5. That no additional term of supervised release is imposed;

6. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585;

7. That the extant orders, including but not limited to the judgment of conviction and sentence of this court, are amended and supplemented to the extent necessary to facilitate and implement these orders; and

8. That the defendant is remanded to the custody of the United States Marshal to be returned to the Colorado Department of Corrections.

The Defendant waives formal advisement of appeal.

**8:59 a.m.     Court in recess.**

Total time in court:   00:27

Hearing concluded.